UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

JACOB TEOFILO GONZALES,

    Plaintiff,

v.                                                  Civ. No. 16-210 GJF

SOCIAL SECURITY ADMINISTRATION,
*Carolyn W. Colvin, Acting Commissioner of SSA,*

    Defendant.

## ORDER OF REMAND

THIS MATTER comes before the Court on the Commissioner's "Unopposed Motion for Remand" ("Motion"). ECF No. 20. Having thoroughly examined the record, Defendant's Motion, and noting the concurrence of the parties, the Court finds the Motion to be well-taken and will GRANT it.

**THEREFORE**, the Court hereby **REVERSES** the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), and **REMANDS** the instant matter to the Commissioner for further administrative proceedings. Upon remand, the ALJ should be instructed to evaluate the claimant's impairments under Listing 12.05(C) and reevaluate the medical opinion evidence based on the record as a whole.

**IT IS SO ORDERED.**

THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE